ACCEPTED
05-15-00757-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
7/31/2015 1:35:28 PM
LISA MATZ
CLERK

## COURT OF APPEALS
## FIFTH SUPREME JUDICIAL DISTRICT
## DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
7/31/2015 1:35:28 PM
LISA MATZ
Clerk

| | | |
|---|---|---|
| **JOSHUA DAVID CANALES** | § | |
| **Appellant** | § | |
| | § | |
| **VS.** | § | **CAUSE NO. 05-15-00757-CR** |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| **Appellee** | § | |

## APPELLANT'S DOCKETING STATEMENT

**TO THE HONORABLE COURT OF APPEALS:**

**NOW COMES** JOSHUA D. CANALES, Appellant and respectfully submits the following

docketing statement in the appeal of this cause as follows:

1.    Appellant's Name:    Joshua David Canales

2.    Appellant's Counsel:    Bruce Anton
Bar Card No. 01274700
SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas  75201
214-468-8100
214-468-8104 fax

3.    Appellant's Counsel:   Appointed

4.    Appellee's Counsel:    Susan Hawk
Dallas County Criminal District Attorney
Bar Card No. 00794284
Frank Crowley Courts Building
133 N. Industrial Blvd., L.B. 19
Dallas, Texas  75207
214-653-3600

5.    Date Notice of Appeal filed in Trial Court:   June 3, 2015

6.    Trial Court's Name:                194th Judicial District Court

7.    Trial Court Cause Number:          F-1424957-M

8.    Trial Court's County:              Dallas

9.    Name of Judge who tried case:      Judge Ernest White
                                         194th Judicial District Court
                                         133 N. Riverfront, 7th Floor
                                         Dallas, Texas 75207
                                         214-653-5802

10.   Trial Court Clerk:                 Felicia Pitre
                                         Dallas County District Clerk
                                         Frank Crowley Courts Building
                                         133 N. Industrial Blvd.
                                         Dallas, Texas  75207
                                         214-653-5740

11.   Clerk's Fee:  Arrangements have been made to pay.

12.   Date trial court imposed or suspended sentence in open court or date judgment or order appealed from was signed:                May 8, 2015

13.   Date of filing Motion for New Trial:          N/A

14.   Date of filing Motion in Arrest of Judgment:          N/A

15.   Offense charged:     Fraudulent Use/Possession of Identifying Information - 50 items or more

16.   Date of Offense:     November 6, 2014

17.   Defendant's plea:     Guilty

18.   If guilty or nolo contendere, was plea result of negotiated plea bargain agreement?  No

19.   Trial was by:                Judge (Guilt/Innocence)
                                   Judge (Punishment)

20.   Punishment assessed:  20 years in TDCJ

21.   Whether appeal is from a pretrial order:  No

22.   Whether appeal involves validity of a statute, ordinance or rule:  No

23.   Whether court reporter's record has been or will be requested:  Yes

24. Court reporter's fee:  Arrangements have been made to pay

25. Whether trial was electronically recorded:    No

26. Court reporter:        Belinda Baraka
                           203rd Judicial District Court
                           Frank Crowley Courts Building
                           133 N. Industrial Blvd.
                           Dallas, Texas  75207
                           214-653-5803

27. Whether motion and affidavit of indigence filed: Yes

28. List any other pending related appeals before this or any other Texas appellate court by Court, Docket Number, and Style:    None

29. Date Trial Court's Certification of Defendant's Right of Appeal signed: May 8, 2015

                                   Respectfully submitted,

                                   /s/ Bruce Anton
                                   BRUCE ANTON
                                   Bar Card No. 01274700
                                   SORRELS, UDASHEN & ANTON
                                   2311 Cedar Springs Road, Suite 250
                                   Dallas, Texas  75201
                                   214-468-8100
                                   214-468-8104 fax
                                   ba@sualaw.com

                                   Attorney for Appellant


**CERTIFICATE OF SERVICE**

On this 31st day of July, 2015, a true and correct copy of the foregoing Appellant's Docketing Statement was delivered to the Dallas County District Attorney's Office, Appellate Division, via email to dcdaappeals@dallascounty.org.


                                   /s/ Bruce Anton
                                   BRUCE ANTON